UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:13-CR-00138(8)-ADA |
| | § | |
| (8) KEVIN ELTHONDA LEE | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  November 12, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (8) KEVIN ELTHONDA LEE, which alleged that Lee violated a condition of his supervised release and recommended that Lee's supervised release be revoked (Clerk's  Document No. 630).  A warrant issued and Lee was arrested.  On October 29, 2025, Lee appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Lee appeared before the magistrate judge on February 6, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on February 6, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Lee, the magistrate judge recommends that this court

revoke Lee supervised release and that Lee be sentenced to imprisonment for

FIFTY-ONE (51) months, with credit for time served since the date of arrest, and with no

term supervised  release to follow the term of imprisonment. Further, the Magistrate

Judge recommends that the Defendant be allowed to serve his sentence in a Medical BOP

Facility near the Waco/Fort Worth areas (Clerk's  Document  No. 657).

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to

timely file written  objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds  of plain error, from

attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On February 6, 2026, following the hearing on the motion to revoke supervised

release. The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 657)  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (8) KEVIN ELTHONDA LEE's

term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (8) KEVIN ELTHONDA LEE be

imprisoned for  FIFTY-ONE (51) months, he shall receive credit for time served since date of

arrest with no term of supervised release. The Defendant shall be allowed to serve his sentence in

a Medical BOP Facility near the Waco/Fort Worth areas.


Signed this 20th day of February, 2026.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE